Felix Matarrese, defendant in error, v. Dr. Attilio Monaco, plaintiff in error. Gen. No. 37,431.

Opinion filed March 29, 1935.

John O. Wagner, for plaintiff in error. Rocco De Stefano, for defendant in error.

Mr. Presiding Justice Friend delivered the opinion of the court.